**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 20-1697

ANTHONY G. BRYANT,

Plaintiff - Appellant,

v.

US ARMY CORPS OF ENGINEERS; CHARLESTON DEPARTMENT OF DEFENSE; CITY OF CHARLESTON MAYOR; CHAIRMAN OF PUBLIC SAFETY; COMMITTEE  CITY OF CHARLESTON,

Defendants - Appellees.

No. 20-1698

ANTHONY G. BRYANT,

Plaintiff - Appellant,

v.

US ARMY CORPS OF ENGINEERS; CITY OF CHARLESTON,

Defendants - Appellees.

No. 20-1699

ANTHONY G. BRYANT,

Plaintiff - Appellant,

v.

US ATTORNEY OF SOUTH CAROLINA; HOUSING & URBAN DEVELOPMENT; GOVERNOR OF SOUTH CAROLINA; FEDERAL DEPOSIT INSURANCE CORP.,

Defendants - Appellees.

---

**No. 20-1700**

---

ANTHONY G. BRYANT,

Plaintiff - Appellant,

v.

CITY OF CHARLESTON POLICE DEPARTMENT; CITY OF CHARLESTON HOUSING AUTHORITY; US MARSHALS,

Defendants - Appellees.

---

Appeals from the United States District Court for the District of South Carolina, at Charleston. Margaret B. Seymour, Senior District Judge. (2:20-cv-01822-MBS-MGB; 2:20-cv-01815-MBS-MGB; 2:20-cv-01994-MBS-MGB; 2:20-cv-01821-MBS-MGB)

---

Submitted: September 24, 2020                    Decided: September 28, 2020

---

Before HARRIS and RICHARDSON, Circuit Judges, and TRAXLER, Senior Circuit Judge.

---

Dismissed by unpublished per curiam opinion.

---

Anthony G. Bryant, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

In these consolidated appeals, Anthony G. Bryant seeks to appeal the district court's orders requiring him to pay the full filing fees in these four civil actions. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291, and certain interlocutory and collateral orders, 28 U.S.C. § 1292; Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46 (1949). The orders Bryant seeks to appeal are neither final orders nor appealable interlocutory or collateral orders. Accordingly, we dismiss the appeals for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*

4